Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
CHARLOTTE, NC

JUL 28 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

_____ Division

|  |  |
|---|---|
| Torecia Cole | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
|  | ) |
|  | ) |
| Allied Universal, State of North Carolina | ) |
| Et Al *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

Case No. 3:22-cv-339-KDB

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

Motion to Proceed in Forma Paupers Civil Complaint and Motion for Injunctive Relief with Affidavits in Support

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 6

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        Torecia Cole

Address     ~~2219~~ 2219 Freedom Dr

Charlotte                    NC          28208
            *City*                    *State*            *Zip Code*

County

Telephone Number

E-Mail Address

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                    Allied Universal, ~~[illegible]~~

Job or Title *(if known)*    Corporate Entity

Address                 2848-K Queen City Dr

Charlotte                    NC          28208
            *City*                    *State*            *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity        ☐ Official capacity

Defendant No. 2

Name                    State of North Carolina

Job or Title *(if known)*    Government

Address                 832 E 4th St

Charlotte                    NC          28202
            *City*                    *State*            *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity        ☐ Official capacity

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity　　☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity　　☐ Official capacity

## II.　　Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.　　Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.　　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff was sentenced, time served without jury trial. Public Defender claims basis for appeal is plaintiff did not waive jury trial. This is a grievous abuse of the process.
Plaintiff argues that government officials carry privileges not granted by private industry. Defendant Allied Universal is infringing upon the authorities by enacting duties not legally committed by citizens, such as the ability to detain, search, and seize property, or arrest.

C.　　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Plaintiffs claims are rights guaranteed by the Bill of Rights: unlawful search and seizure, unlawful arrest. The key point is Plaintiff's government officials.

Case 3:22-cv-00339-KDB-DCK　Document 1　Filed 07/26/22　Page 3 of 6

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

14-277 Impersonating a police officer: (B) It shall be unlawful for any person other than duly authorized employees of the county, municipality, or the state of Northcarolinen... to perform any act, make any investigation, or peform any duty of said officer.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Charlotte Train Station

B.      What date and approximate time did the events giving rise to your claim(s) occur?

On 6/27 in the morning around 10-11:30 (time is not exact) Allied Universal granted a citizen to unlawful search and arrest, as well as detainment
On 5/24 I was unlawfully convicted while never waving my rights to a jury where they falsified court documents

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In may I was assigned a public defender for the court date who has been a second witness to the fact that I never wawed my right to a trial with a jury and was convicted despite time served. (5/24)
(6/27) I was removed from a train which I complied yet I was attacked upon being removed where I was arrested All my things searched while I was handcuffed And then brought to a suspicious detainment area.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

On 6/27 obtained a headache and body pain perhaps a small concussion due to being tackled into bushes with bruises along my body never recieved medical attention because of being taken to a ~~slowly~~ suspicious detainment area.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks injunctive relief against Defendants, and $12,000,000 in damages. Plaintiff seek expungement of conviction and additional charges.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff        _____

Printed Name of Plaintiff    _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

                             _____  _____  _____
                                  City            State      Zip Code

Telephone Number             _____

E-mail Address               _____